UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DAPHNY OBREGON,

                Plaintiff,        **ECF CASE**

   v.

                                                                     08 Civ. 6620 (WHP)

ANDREA QUARANTILLO,

                Defendant.       <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         August 4, 2008

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                    Southern District of New York

                                      By:    /s/_____
                                                   KIRTI VAIDYA REDDY
                                                   Assistant United States Attorney
                                                   86 Chambers Street, 3rd Floor
                                                   New York, New York 10007
                                                   Telephone: (212) 637-2751
                                                   Facsimile: (212) 637-2786
                                                   Email: kirti.reddy@usdoj.gov

To:    Spiro Serras, Esq.
         Wilens & Baker, PC
         450 Seventh Avenue
         New York, NY 10123